[Nos. 24977-8-III; 24978-6-III.   Division Three.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EDWIN MEDCHILL, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 05-1-02088-2 and 05-1-03201-5, Salvatore F. Cozza, J., entered February 17, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 25064-4-III.   Division Three.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY L. STRODE, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 05-1-00019-8, Allen Nielson, J., entered March 17, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25096-2-III.   Division Three.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD BARBER-BISHOP, *Petitioner*.

Appeal from a judgment of the Superior Court for Whitman County, No. 05-1-00225-0, David Frazier, J., entered March 23, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25138-1-III.   Division Three.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNIE C. PATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03317-8, Robert D. Austin, J., entered March 24, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.